UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONALE EUGENE BROWN, JR.,

        Petitioner,        Case No. 1:11-cv-546

v.        Honorable Paul L. Maloney

SHIRLEE HARRY,

        Respondent.
_____/

## **ORDER**

In accordance with the Opinion entered this day:

**IT IS ORDERED** that a certificate of appealability from the judgment issued this date is **DENIED** because a reasonable jurist could not conclude either that the district court erred in dismissing the petition for failure to exhaust or that the petitioner should be allowed to proceed further.  *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

Dated:   June 27, 2011        /s/ Robert J. Jonker
                                                              Robert J. Jonker for
                                                              Paul L. Maloney
                                                              Chief United States District Judge