UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONALE EUGENE BROWN, JR.,

                Petitioner,                Case No. 1:11-cv-546

v.                                         Honorable Paul L. Maloney

SHIRLEE HARRY,

                Respondent.

_____/

## **JUDGMENT**

In accordance with the Opinion entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE** under Rule 4 of the Rules Governing § 2254 Cases for lack of exhaustion of available state-court remedies.

Dated: _____June 27, 2011_____        _/s/ Robert J. Jonker_____
                                          Robert J. Jonker for
                                          Paul L. Maloney
                                          Chief United States District Judge